21001070CA - PERRONG, ANDREW vs. ALL AMERICAN POWER AND GAS PA, LLC

## SUMMARY

| | | |
|---|---|---|
| **Judge:** | **Court Type:** | **Case Type:** |
| GENTILE, GEOFFREY H | CIRCUIT CIVIL | Other - Matters not falling within the Other Civil Subcategories |
| **Case Number:** | **Uniform Case Number:** | **Status:** |
| 21001070CA | 082021CA001070XXXXXX | OPEN |
| **Clerk File Date:** | **Status Date:** | **Waive Speedy Trial:** |
| 9/20/2021 | 9/20/2021 | ☐ |
| **Total Fees Due:** | **Custody Location:** | **Agency:** |
| 0.00 | NOT IN CUSTODY | |
| **Agency Report Number:** | | |

## PARTIES

| TYPE | PARTY NAME | ATTORNEY |
|---|---|---|
| ATTORNEY | KAUFMAN, AVI | |
| PLAINTIFF | PERRONG, ANDREW | KAUFMAN, AVI (Main Attorney) |
| DEFENDANT | ALL AMERICAN POWER AND GAS PA, LLC | |
| JUDGE | GENTILE, GEOFFREY H | |

## EVENTS

| DATE | EVENT | JUDGE | LOCATION | RESULT |
|---|---|---|---|---|
| | | No Events on Case | | |

## CASE DOCKETS

| IMAGE | DATE | ENTRY |
|---|---|---|
| 2 | 11/12/2021 | MOTION FOR EXTENSION - ALL AMERICAN POWER AND GAS PA |
| 2 | 9/27/2021 | SUMMONS REQUEST; SUMMONS ISSUED AGAINST ALL AMERICAN POWER AND GAS PA LLC 09.27.21 |
| 1 | 9/21/2021 | PAYMENT $410.00 RECEIPT #2021040378 |
| 4 | 9/20/2021 | STANDING ORDER IN COUNTY CIVIL CASES IN THE TWENTIETH JUDICIAL CIRCUIT WITH CASE MANAGEMENT PLAN |
| 9 | 9/20/2021 | CLASS ACTION COMPLAINT |
| 3 | 9/20/2021 | CIVIL COVER SHEET |
| | 9/20/2021 | CASE FILED 09/20/2021 CASE NUMBER 21001070CA |