IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

ANDREW PERRONG, individually and on behalf of all those similarly situated,

    Plaintiff,

v.

ALL AMERICAN POWER AND GAS PA, LLC,

    Defendant.

Case No. 21-cv-

## DECLARATION OF MICHAEL PROSCIA

I, Michael Proscia, declare as follows:

1. This declaration is being submitted in support of the Notice of Removal by Defendant All American Power and Gas PA, LLC ("All American") in this matter filed concurrently herewith. The facts set forth in this declaration are based on my own personal knowledge and, if called to testify, I could and would competently testify regarding said facts.

2. I am a Managing Member of All American. In this capacity, I am familiar with All American's operations and records, including how and when it is served with process.

3. All American received a copy of the Summons and Complaint, captioned as *Andrew Perrong v. All American Power and Gas PA, LLC*, Case Number 21001070CA, filed in the Twentieth Judicial Circuit Court in and for Charlotte County, Florida by Andrew Perrong from its registered service agent on October 25, 2021. My understanding is that All American's service agent received the Summons and Complaint that same day. Therefore, my understanding is that All American was purportedly served on October 25, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on November 23, 2021    By: _____

Michael Proscia