UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANDREW PERRONG,

      Plaintiff,

v.                                            Case No. 2:21-cv-883-JLB-NPM

ALL AMERICAN POWER
AND GAS PA, LLC,

      Defendant.

## CERTIFICATION

Pursuant to 28 U.S.C. § 2403(b) and Federal Rule of Civil Procedure 5.1(b), the court certifies to the Attorney General of Florida that the constitutionality of the Florida Telephone Solicitation Act, FLA. STAT. § 501.059 (2021), is called into question by defendant's motion to dismiss.

Accordingly, the clerk of court is directed to send this certification along with a copy of the motion to dismiss (Doc. 21) via email to the Attorney General of Florida at oag.civil.eserve@myfloridalegal.com.

**ORDERED** on February 25, 2022.

_Nicholas P. Mizell_
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE